Rachel courts
Apts 1073 Hollywood
Atlanta Georgia 30318

404-7996229

Roderick McCullough
1335 New york Ave
Washington DC 20002

V

Cash Money Records INC
Universal Records Broadway
New york 10019

**FILED**

JUL 13 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 1:05CV01400
JUDGE: Unassigned
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 07/13/2005

JURY ACTION

## Complaint

I asking for my case to be apj in a court of Law do to the which took place in 1997 1994 1999 which lead to the publishing rights and copying rights which were stolen from my home while praticing alone my style of using Lyrics and which the words were changed around were taken by invaders which had to be listening in

RECEIVED
JUN 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

by the use of methods which I will prove in court which I am suing for the royalties which were uptaine in the years of 1998 1999 into the present which was the first releasing of the songs which was stolen

and I am asking for the courts for a trail by Jury for this case to be handled which I will be able to prove beyond any shadows of dobet that my claim is the truth

Roderick McCllauh
1355 New York Ave
Washington DC 20002