UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Roderick McCullough,              )
                                  )
         Plaintiff,               )
                                  )
    v.                            )   Civil Action No.
                                  )
Cash Money Records Inc., *et al.*,)   05 1400
                                  )
         Defendants.              )

FILED
JUL 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MEMORANDUM

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts which bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12 (h)(3).

Plaintiff is a resident of Washington, D.C. He is suing two record companies listed as based in New York for an unspecified amount of royalties he claims he is owed from alleged stolen song lyrics. Plaintiff has not pleaded any facts to bring his claim within the Court's "federal question" jurisdiction, and the complaint does not state a basis for diversity jurisdiction. The Court therefore must dismiss the complaint. A separate Order accompanies this Memorandum.

Date: 7/11/05

United States District Judge