UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Roderick McCullough,            )
                                )
       Plaintiff,               )
                                )
v.                              )   Civil Action No.   05 1400
                                )
Cash Moncy Records Inc., et al.,)
                                )
       Defendants.              )

ORDER

For the reasons stated in the accompanying Memorandum, it is this 11 day of July 2005,

ORDERED that plaintiff's application to proceed *in forma pauperis* [# 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

_____
United States District Judge