United States
District Courts of
Columbia

Roderick McCullough
1355 New York Ave
Washington D.C 20001

**FILED**

AUG 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defedant

Cash money millionairs
Universal Records UMG
Divison INC Broadway Newyork
N.Y. 100019   <u>Complaint</u>

I Roderick McCullough will ask the Judge for a Continuance based on the facts which will prove the defendants and MR Brown which is know as the group cash money did use vocals which belonged to me after MR Brown apporached me in 1993 to listen to some tracks he had made then left me his phone number to call by the 1998 which was when I discovered the the one of the groups member had made a video useing my vocal which sounded like my music which I was preformr at home alone on my system had been stole away I tryed to file in the year of 1999 but from lack of know what to do with those who were invading my mind even after they know that my music was stolen did not allow my case to be forwarded in court

6

which lead to the singhing of a 30 Million dollar Contract which I am Suing for royalites from 1998 till the present which I am gonna Subpoena on of my witness to court which is involed in a movie called Rhym for a Reason which came out in 1997 which she who interviewed Me Sean P diddy combs did here the same style of vocals being used on the first track which is their first video and most of their music afterwards.

Roderick McClelty