FILED
AUG 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODERICK McCULLOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1400 |
| ) | |
| CASH MONEY MILLIONAIR[E]S, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on consideration of plaintiff's submission, which the Court construes as a motion to reopen this civil action. The Court will deny the motion. Although plaintiff sets forth additional factual allegations in his submission, he does not establish this Court's subject matter jurisdiction.

Accordingly, it is hereby

ORDERED that plaintiff's motion to reopen this action is DENIED.

SO ORDERED.

/s/ Reggie B. Walton
United States District Judge

August 25, 2005